**Schedule A**

Columns

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Cause of Action** | **Plaintiff** | **Musical Composition** | **Writers** | **Date of Publication or Registration** | **Certificate of Registration Number** | **Date of Known Infringement** |
| 1. | BMG RIGHTS MANAGEMENT (US) LLC d/b/a BMG GOLD SONGS | ONE KISS | Jessica Reyes<br><br>Dua Lipa<br><br>Adam R. Wiles | April 6, 2018 | PA 2-150-084 | August 7, 2022 |
| 2. | ROC NATION MUSIC LLC | HOT NIGGA (A/K/A HOT BOY) | Orlando Tucker<br><br>Ackquille Pollard | July 25, 2014 | PA 1-963-231 | August 6, 2022 |
| 3. | JAE'WONS PUBLISHING<br><br>PANIRO'S PUBLISHING | WE GONNA MAKE IT | Jason T. Phillips<br><br>David Styles<br><br>Samuel J. Johnson | March 27, 2001 | PA 1-071-504 | August 7, 2022 |